## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | REDACTED |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05- 64 |
| | ) | |
| URIBE PEREZ-AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count I

On or about June 16, 2005, in the District of Delaware, Uribe Perez-Aguilar, the defendant, an alien

and subject of Mexico, who had been deported from the United States on or about August 19, 2003;

October 21, 2003; March 17, 2004; March 30, 2004; and April 19, 2005, was found in the United States

and the defendant was knowingly in the United States, and prior to the defendant's re-embarkation at a place

outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border

and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's

re-application for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 6-28-05

FILED

JUN 2 8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE