IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 04-137-KAJ |
| | )                          05-64-KAJ |
| URIBE PEREZ-AGUILAR, | ) ) |
| Defendant. | ) |

### ORDER

WHEREAS, the Court has been informed that the Defendant intends to enter a guilty plea in the above-captioned case;

WHEREAS, the Court will hold a Rule 11 hearing on Defendant's proposed guilty plea;

IT IS HEREBY ORDERED that

1. A Rule 11 hearing has been scheduled for **September 7, 2005 at 9:00 a.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

_____
UNITED STATES DISTRICT JUDGE

August 22, 2005
Wilmington, Delaware