IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 04-137-KAJ |
| ) | 05-64-KAJ |
| URIBE PEREZ-AGUILAR, ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS, Defendant, Uribe Perez Aguilar, has entered a plea of guilty to the petition for violation of supervised release in Criminal Action No. 04-137-KAJ and to Count I of the Indictment in Criminal Action No. 05-64-KAJ.

IT IS HEREBY ORDERED this 8th day of September, 2005, that the sentencing of Defendant is scheduled for **December 8, 2005, at 12:30 p.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware