1-5-06

May 1st

to Honorable Judge Jordan Caleb

I will like to ask you to do me a favor to send my paperwork to the detention center in order for me to go on to prison and finish my time I been sentence to. I was sentenced Dec 8 on 2005 I been here 5 month since I was sentenced and I'm still here I don't know what's going on I wrote the probation officer and they have told me lies on March 24th 2006 he said that the following week I was to be moved but it's May 1st-2006 and I'm still here. if you can do any thing about this I appreciate your help thank you

I tried talking to the case manager she said she does not have the paper work to move me

Uribe Perez Aguilar
04924-0

FILED
MAY - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Uribe PEREZ AGUILAR
Re_genbs 04924-015
FEDERAL DETENTION CENTER
P.O BOX 562
PHILADELPHIA, PA 19105

JOR BAUCHAEB
BOGGS FEDERAL BLDG
LOCKBOX #39
844 KING STREET
WILMINGTON, DE 19801-3568